when you're ready good morning your honors may please the court Christopher Dellert representing plaintiff appellant Christine Lopez okay if you could articulate and into the microphone oh sorry thank you okay your honors miss Lopez's case turns on one concept and that's improvement many of the ALJ's findings the administrative logistics findings rest on his her belief that miss Lopez experienced significant improvement in her functioning following her lumbar fusion surgery the weighing of the medical evidence the consideration of miss Lopez's credibility the ultimate residual functional capacity assessment which led to the finding that she was able to work all rested on the belief that her functioning had improved following the surgery prior to the surgery mrs. Lopez's treating physician dr. Habib submitted two functional assessments on both occasions dr. Habib assessed miss Lopez's unable to sit stand or walk for extended periods of time and to lifting and carrying 10 pounds occasionally and 5 count 5 pounds frequently the ALJ rejected these limitations in part because of the expected improvement following the surgery similarly the ALJ expected improvement or actual improvement it was expected the evidence nearly expected what was that nearly expected yes sir is that true wasn't didn't dr. London see her several times after the surgery and say that she had improved and did she not reach self-report improvement after the surgery she reported improvement in her pain levels but concurrent physical therapy records show that her functioning never improved she was limited to 30 minutes of activity in aquatic therapy after which her pain quickly returned she was never able to tolerate land-based exercises that's objective evidence contrary to an ability to engage in late work on a regular and continuing basis if she can't that only means that she can't diagnose she's qualified to offer her opinion about my earlier question did not dr. London see her several times post-surgery and say she had improved she saw her for three months following he said that she improved but he offered no functional assessment he didn't say whether it was just the pain that improved or her functioning improved subsequent treatment notes particularly those submitted to the appeals council document that her conditioning continued to deteriorate following this so if there was any improvement it was a temporary improvement followed by a down downgrading of her condition throughout I did have a question about the submission to the appeals council one argument that can be or perhaps was made that if that if there was new information that arose after the hearing here that she could reapply which I suppose is true would she still have insured status as of a reapplication she had insured status for another eight to ten months following the decision well all she would have to do is prove that she was disabled within that period during the time she had insured status okay and ultimately there's not the issue because her benefit amount is so much that the SSI is really the amount that she's got the ultimate amount that she's going to get so the insurance test isn't the biggest issue okay what it comes down to though is that this evidence supports her testimony at the hearing that she was not able to participate in these activities that she had here's my question with respect to the evidence that was submitted after the ALJ decided before the appeals council sees it so it's in the record and our case law is and I'm afraid I have participated in this case law that any evidence that goes to the appeals council that was not presented to the ALJ must be considered but it's relevant only to the extent that it describes the condition at the time or before the hearing of the ALJ if it describes condition that has arisen or occurred after the ALJ is finished it can't be considered I think that's our case law and opinion written by my distinguished colleague to my right with which I joined well is there some way to look at the evidence submitted by dr. Butler in his report on the 14th of December with respect I think to an examination on the 11th of December to say that it relates to the condition at the time in front of the ALJ so that we can consider it instead of merely be relevant for a new application the evidence concerning the evidence in 2001 I believe that was the when he said was that the mobility report when he I can't remember which dr. Butler submits a report that was when December 11 was believed she's pretty disabled yes sir and he submits that report on the 14th of December 2011 the ALJ decision was I think sometime in June of 2011 that report is relevant in that it shows that while Ms. Lopez may have experienced improvement in her condition in January following her surgery in September 2010 by the time she was doing physical therapy in January 2011 her condition was already deteriorating again she was experiencing increased symptoms that the 2011 report documents that not only had her condition returned to baseline it actually sunk to below what she had been her functioning level prior to her surgery and are we to read that December 2011 report then as telling us that as of June 2011 when the ALJ decided the case that that she had not been in fact improved and that she was disabled as of June yes sir I believe in February or March of 2011 dr. Butler requested that she be given a ground-floor apartment because she was yes sir in May of 2011 just before the hearing shortly before the hearing nurse Dawson requested that she be given a seated Walker which is something that had not happened prior to the surgery so it shows that at the time her Ms. Lopez's testimony concerning her condition at the time of the hearing was accurate it was supported by concurrent records and it showed that her condition continued to worsen throughout so this post the later evidence documents this okay here I've got a practical question and that is if you were to file on Ms. Lopez's behalf a new claim would it go before the same ALJ as a related case or would it just be thrown into the pool and you'd get who you'd get a new claim would be you get who you get remanded this claim would tend to go back to the ALJ but but there's no sense of related case so it would not necessarily go back to the same ALJ if it's a new claim no it would not but there would be the rest you Dakota effect of this prior claim right but the race to Dakota affected this prior claim if it's if it's an if it's a deterioration since the decision I got it do you want to go back in front of this ALJ meaning this ALJ doesn't believe your client much there's to say you're this ALJ concludes your client is exaggerating her symptoms in the end it's not a question of whether we would like to go back before this ALJ we prefer not to but at the same time we're trying to protect Ms. Lopez's interests in the benefits that she feels she is eligible for of course so what if we have to bite the bullet and go back before an ALJ who doesn't believe our client we will do so there are occasions where these ALJs will reconsider the evidence they'll look at the new evidence and come to the conclusion that yes I got it wrong the let's get it right and award the benefits for the entire time period and that's what we're hoping will occur in this instance why don't we hear from the government and then you've got about two minutes thank you sir good morning may it please the court Jeff Staples for the Commissioner who asks that you affirm the district courts judgment because the ALJ's decision is substantial evidence and free of legal error notwithstanding evidence submitted for the first time to the Appeals Council this panel is uniquely positioned as your honor pointed out to appreciate the import of the bruise case or to construe the opinion extremely narrowly absolutely your honor and in the bruise case this court held that evidence submitted to the Appeals Council is part of the record and must be considered by the court in determining whether the ALJ's decision is supported by substantial evidence here the evidence submitted to the Appeals Council does not relate to the period under the ALJ's consideration because none of it makes any reference to Ms. Lopez's functioning prior to the ALJ's decision of June 21st 2011 as your honor pointed out with respect to whether Ms. Lopez improved following her surgery prior to her surgery there were several examining physicians who looked at her physical capacities and determined that she was capable of either medium or light work which is consistent with the ALJ's residual functional capacity assessment for the entire period at issue following those opinions and following a surgery Ms. Lopez's treating physician said not only that she improved but and I'm quoting she reported a substantial improvement in her lower back symptoms at another treatment visit and I'm quoting again her back symptoms have dramatically improved given the fact that Ms. Lopez was able to engage in light work with some additional restrictions prior to her surgery and that she improved following that surgery it was reasonable for the ALJ to conclude consistent with examining opinions and the treating doctor's opinion that she could perform light work with some additional restrictions assume for purposes of this question and I'm not asking you to concede but assume simply for purposes of this question that the evidence submitted by Dr. Butler after the ALJ decision submitted to the Appeals Council would be enough that she's disabled and entitled to payment of benefits or at least that there's a very good argument that that's so your position is relying on our Bruce case that well okay that may be so but I mean she's got to apply for benefits because a new application for benefits because this is a change of condition after the ALJ made up her mind that's a real pain meaning we have an this case it's an open case why does it not make more sense to remand to the very same ALJ to say okay this evidence was not in front of you have a look at it now and says we're not reversing you based on what you decided but we're saying that there's evidence that may well change the result in this case and rather than requiring new filing and we're not running up against problems with the insured period or anything else it's just what's the state of affairs at the time that she submits the additional evidence why not simply remand can I just ask a clarifying question you're saying that the evidence submitted to the Appeals Council establishes that she's disabled after the ALJ's decision right okay right or that there's a very good argument that that is that that's the case the reason that does not change the reason that that does not generate a the under 405 G can only remand a case for further proceedings where the ALJ's decision is not supported by substantial evidence evidence of deterioration after the ALJ's decision does not undermine the substantial evidence on which the ALJ based is no I'm asking a different question it may just be that the regulation tells us that that's the answer because it just seems to me somewhat inefficient to require the filing of a brand-new claim instead of remanding to an ALJ who is with a little bit of work can refresh your memory entirely familiar with the case I see your honors point and it may well be that it would be more efficient to consolidate these cases or have them before the same ALJ however that's a question for Congress to take up let me ask it this way then hey we do we know that this ALJ is still an operating ALJ I can't say that I know okay so we don't know that because often will by the time we get around to a case you know the district judge involved is no longer there certainly so it goes back to a new judge even though it's the same district court so that would be one factor and then the question is whether it would make sense from the administration Social Security Administration's point of view on this case to do what Judge Fletcher said as a matter of efficiency assuming that the same ALJ is agreeable so or available and agreeable so we often raise or not infrequently raise the concept of having the parties get together and see if they could work something out on the facts of a wanted to consider it is this a case that would be susceptible to that kind of process we wouldn't be ruling yet we'd say have you heard have you heard enough is there enough evidence based on what you've seen in the record that it might make sense to see what happens because there may appear to be a credible case for benefits now we can provide a mechanism so you know through our mediation service so that that's just a friendly discussion having not spoken asking you to commit I'm asking you is that something you would be willing to if the court requests you to consider and then you can go back obviously and talk to your superiors or your client is that something that would be feasible if the court requested that I could do it I could ask my client what they wanted to do in that instance however I can tell you what I think they're going to say which is that we're sorry but the ALJ decision is supported by substantial evidence and I would as I did in my brief point this court to the Austin Brock case which suggests that the remedy when a claimant has become disabled after the ALJ decision is a subsequent application and it's nobody's favorite when the bureaucratic process is not as efficient as it could be but this is the statute that we have and I don't believe that my client is going to be amenable to a remand in a case where by all indications the ALJ's decision is supported by substantial evidence two points is it not the case that quite frequently in the district court the Commissioner stipulates to a remand because the Commissioner sees that there is evidence before the Appeals Council that might make a difference and the parties agree to go back to the ALJ that is correct your absolutely your honor and we have another question too which is could not the Commissioner choose to institute a related case mechanism whereby cases that are refiled or remanded are do go back to the same ALJ unless there's some reason not to you mentioned Congress but I wonder why we'd even need to involve Congress couldn't the Commissioner simply set up sort of administrative procedure by which that would happen the Commissioner could set up such a mechanism and I only mentioned Congress because the waiver of sovereign immunity in 405 G limits this court's involvement to review of substantial evidence of the ALJ's decision I recall the Bruce case in saying that the evidence that comes in front of the Appeals Council has to relate to the time period up until the that is correct your honor so it's a regulation your Commissioner is I won't say all-powerful but has a fair amount of power well it's a regulation that I think explicates the statute that says we all know that regulations have you know they implement within a range governed by the statute I'd be surprised if that regulation is necessarily confined to what it says in the sense that it can't be changed that sounds right your honor yeah but the regulation is for the moment what it is of course absolutely and I see my time is almost up so I'll just conclude by saying that this court's role is limited to review of substantial evidence for the ALJ's decision in this case the ALJ's decision was issued on in June 2011 and prior to that time there's ample evidence that the ALJ's decision as it was written is supported by substantial evidence any evidence submitted to the Appeals Council of a subsequent deterioration does not undermine the ALJ's decision okay thank you thank you very much response your honors the Appeals Council ultimately determined that this evidence that was submitted after it was material to the time at an issue if it were not the Appeals Council should have returned the evidence to to Ms. Lopez and told her to file a new application how do you how do you know that regulations tell explain in 404.970 but what did the Appeals Council say Appeals Council didn't say anything they just said it wasn't it didn't yeah no I regard that as they're just brushing it off I don't regard that as a consider holding that this is relevant but we don't consider it sufficiently compelling I think they kept the evidence submitted to the record the assumption is that it's material when you look at the record as a whole you have functional assessments by a treating physician before the surgery you have functional assessments by a nurse who is treating her and by Dr. Butler after the surgery they mirror image each other they all say that she can't sit stand or walk for extended periods of time they all say she can't lift or carry consistent with the her age and mental limitations past work history and everything if she were found limited to sedentary work the ALJ would have been compelled to find her disabled but we're asking we're not asking for ultimate payment of benefits that wasn't our requested remedy she was over 50 years old ma'am she was a limitation to even sedentary work we're saying that she couldn't even perform that but if she were limited to sedentary work with a mental with mental with the ability to perform unskilled work SVP to the medical vocational guidelines rule 201.14 I believe right in that area dictates an outcome that she's disabled so but we want the ALJ to make that determination we want her to consider that what would your response be to judge Fisher's suggestion that is to say to take advantage of our court mediation service to see whether something could be worked out we'd be perfectly willing to to engage in a mediation with the government typically as counsel stated the appeals counsel will come back and say you know we're not interested in negotiation especially when the cases reach this point when they've already won on several they feel they've won on several levels they're not as interested in stipulating at the level as between going to mediation which might or might not succeed I'm not in a position to predict any better than the information that both of you have just provided to me as between going to mediation and simply filing a new claim do you have a preference I'm not positive I'm not sure if my client has filed a new claim subsequent to the to this I don't recall what last time I don't recall what she said she had other attorneys representing her at the administrative level that I'm not at all associated with she may have done so but this you may not be in a position to answer my question I don't know if she has or not okay thank you very much thank both sides for your helpful arguments Lopez versus Colvin now submitted for decision
judges: Wilken, Fletcher, Fisher